## ALLEN vs. THE STATE.

Appeal from Palo Pinto county.

*Swindling—Indictment.*—Presumably the offense attempted to be charged in the information is that of swindling as denounced by article 790 of the Penal Code.   It charges in substance, that the appellant promised one Bradford that if he, Bradford, would deliver four certain fish at the house of him, the appellant, he would pay the said Bradford fifty cents for the same ; that the said Bradford did deliver the fish, and that the said representations of the appellant were false.   *Held*, insufficient to charge any offense.   To constitute swindling there must have been false representations relating to existing facts or future events.   Mere promises or false professions of intention, though acted upon, are not sufficient.

Reversed and remanded.   Willson, Judge.

## AYCOCK vs. KIMBROUGH.

Appeal from Falls county.

*Execution—Sale of the Interest of a Tenant in Common.*—The proposition as stated by the court upon its finding as to law, was, that where two are tenants in common of separate tracts of land, a creditor cannot sell the undivided interest of one in one of the tracts under execution.   But this case is this :  A creditor is attempting to sell the undivided interest in one tract of land owned by a co-tenant, who owns that and several other tracts in connection with other co-tenants.   This, it is held, can be done.   The finding of the court below on this question of law was therefore error.

Reversed and remanded.   Delany, Commissioner.   Adopted.